1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## EASTERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16
17

| | |
|---|---|
| JAMES M. LANIER, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| FRESNO UNIFIED SCHOOL DISTRICT, | ) |
| Defendant. | ) |
| | ) |

1:11-cv-01522 AWI SKO

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS

(Document 2)

18      By application filed on September 9, 2011, Plaintiff has requested leave to proceed in
19  forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has submitted an application that makes
20  the showing required by § 1915 (a).  Accordingly, the request to proceed in forma pauperis IS
21  GRANTED.  28 U.S.C. § 1915 (a).

22
23  IT IS SO ORDERED.

24  **Dated:    September 25, 2011**            _____/s/ Sheila K. Oberto_____
                                    UNITED STATES MAGISTRATE JUDGE

25
26
27
28                                    1