# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. LANIER, | 1: 11-cv-01522 - LJO - BAM |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | |
| FRESNO UNIFIED SCHOOL DISTRICT; DOES 1 through 18, | |
| Defendants. | |
| _____/ | |

On September 9, 2011, plaintiff James M. Lanier ("Plaintiff") filed a complaint in this Court against the Fresno Unified School District ("FUSD" or "Defendant"). Plaintiff alleges he was discriminated against on the basis of race when Defendant refused to award him a sports officiating contract in violation of Title VI of the 1964 Civil Rights Act, specifically, 42 U.S.C. § 2000d. (Doc. 1.) Plaintiff additionally asserts Defendant's discriminatory practices violate Title 42 of the United States Code, Sections 1981, 1983, 1985 and 1986, the California Education Code § 220 *et seq.,* Cal. Bus. & Prof. Code § 17200, and give rise to claims for negligence and intentional interference with prospective economic advantage (Doc. 1.) The matter was referred to United States Magistrate Judge Barbara A. McAuliffe pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 3, 2012, United States Magistrate Judge Barbara A. McAuliffe issued Findings and Recommendations recommending Plaintiff's allegations against FUSD under 43 U.S.C. §§ 1981, 1983, 1985 and 1986, the California Education Code, Cal. Bus. & Prof. Code § 17200, for negligence and intentional interference with prospective economic advantage be dismissed without

leave to amend. (Doc. 7.) Judge McAuliffe additionally recommended that Plaintiff's claim under 28 U.S.C. § 2000d was sufficiently pled for purposes of pro se screening. *Id.* The January 3, 2012 findings and Recommendations were served on the parties and contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days of service of the Order. (Doc. 7, 6: 23-4.) The parties have not filed timely objections to the Findings and Recommendations.

In accordance with the provisions of Title 28 of the United States Code section 636(b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed January 3, 2012, is adopted in full;
2. Plaintiff's claims under 43 U.S.C. §§ 1981, 1983, 1985 and 1986, the California Education Code, Cal. Bus. & Prof. Code § 17200, for negligence and intentional interference with prospective economic advantage are DISMISSED WITHOUT LEAVE TO AMEND;
3. Plaintiff's claims under 28 U.S.C. § 2000d may proceed as they are sufficiently pled for purposes of pro se screening.

IT IS SO ORDERED.

**Dated:   February 8, 2012**            /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE