1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  JAMES M. LANIER,                          1: 11-cv-01522 - LJO - BAM

10           Plaintiff,                       ORDER ADOPTING FINDINGS AND
                                              RECOMMENDATIONS
11       v.

12  FRESNO  UNIFIED  SCHOOL  DISTRICT;
    DOES 1 through 18,
13
             Defendants.
14  _____/

15
16           On September 9, 2011, plaintiff James M. Lanier ("Plaintiff") filed a complaint in this Court

17  against the Fresno Unified School District ("FUSD" or "Defendant").   Plaintiff alleges he was

18  discriminated against on the basis of race when Defendant refused to award him a sports officiating

19  contract in violation of Title VI of the 1964 Civil Rights Act, specifically, 42 U.S.C. § 2000d. (Doc.

20  1.) Plaintiff additionally asserts Defendant's discriminatory practices violate Title 42 of the United

21  States Code, Sections 1981, 1983, 1985 and 1986, the California Education Code § 220 *et seq.,* Cal.

22  Bus. & Prof. Code § 17200, and give rise to claims for negligence and intentional interference with

23  prospective economic advantage (Doc. 1.)  The matter was referred to United States Magistrate

24  Judge Barbara A. McAuliffe pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

25           On January 3, 2012, United States Magistrate Judge Barbara A. McAuliffe issued Findings

26  and Recommendations recommending Plaintiff's allegations against FUSD under 43 U.S.C. §§ 1981,

27  1983, 1985 and 1986, the California Education Code, Cal. Bus. & Prof. Code § 17200, for

28  negligence and intentional interference with prospective economic advantage be dismissed without

1    leave to amend. (Doc. 7.)  Judge McAuliffe additionally recommended that Plaintiff's claim under

2    28 U.S.C. § 2000d was sufficiently pled for purposes of pro se screening.  *Id.*  The January 3, 2012

3    findings and Recommendations were served on the parties and contained notice to the parties that

4    any objections to the Findings and Recommendations were to be filed within thirty days of service

5    of the Order.  (Doc. 7, 6: 23-4.)  The parties have not filed timely objections to the Findings and

6    Recommendations.

7            In accordance with the provisions of Title 28 of the United States Code section 636(b)(1)(c),

8    this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the

9    Court finds that the Findings and Recommendations are supported by the record and proper analysis.

10           Accordingly, IT IS HEREBY ORDERED that:

11      1.      The Findings and Recommendations, filed January 3, 2012, is adopted in full;

12      2.      Plaintiff's claims under  43 U.S.C. §§ 1981, 1983, 1985 and 1986, the California

13              Education Code, Cal. Bus. & Prof. Code § 17200, for negligence and intentional

14              interference with prospective economic advantage are DISMISSED WITHOUT

15              LEAVE TO AMEND;

16      3.      Plaintiff's claims under 28 U.S.C. § 2000d may proceed as they are sufficiently pled

17              for purposes of pro se screening.

18

19   IT IS SO ORDERED.

20   **Dated:    February 8, 2012**              **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28