1
2
3
4
5
6
7          **UNITED STATES DISTRICT COURT**
8                EASTERN DISTRICT OF CALIFORNIA
9
10   JAMES M. LANIER,                    )   1: 11-cv-01522 - LJO -BAM
                                         )
11               Plaintiff,              )   **ORDER CLARIFYING VIABLE CLAIMS**
                                         )   **PRESENTED IN PLAINTIFF'S**
11         v.                            )   **COMPLAINT;**
                                         )
12                                       )
     FRESNO UNIFIED SCHOOL DISTRICT;     )   **ORDER DIRECTING PLAINTIFF TO**
13   DOES 1 through 18,                  )   **FILE USM-285 FORMS**
                                         )
14               Defendants.             )
     _____    )
15
16
17   **I.      Clarification of Viable Claims Plaintiff's Complaint**
18          On January 3, 2012, this Court issued Findings and Recommendations recommending
19   that Plaintiff's causes of action pertaining to sections 1981, 1983, 1985 and 1986 of Title 42 of
20   the United States Code, as well as Plaintiff's state law claims, be dismissed without leave to
21   amend. (Doc. 7.)  The Court further recommended that Plaintiff's claim under 42 U.S.C. §
22   2000d was pled sufficiently for screening purposes.  (Doc. 7.)  These Findings and
23   Recommendations were adopted in full by the District Judge on February 8, 2012.  (Doc. 9.)
24   Therefore, the remaining viable cause of action against Fresno Unified School District
25   ("Defendant") falls under 42 U.S.C. § 2000d.
26
27
28                                        1

**II.      USM-285 Forms**

Because Plaintiff is proceeding in forma pauperis, service of Plaintiff's Complaint will be effected by way of the United States Marshal.  *See* Fed. R. Civ. P. 4(c)(3).

In accordance with the above, this Court has determined as follows:

1.      Service is appropriate for Defendant Fresno Unified School District;

2.      The Clerk of the Court shall send Plaintiff a single USM-285 form, and summons, an instruction sheet, a copy of the Complaint filed on September 9, 2011, and a copy of this Order;

3.      **Within THIRTY (30) DAYS** from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and return the completed Notice to the Court with the following documents:

a.      Completed summons;

b.      A completed USM-285 form for the Defendant listed above;

c.      A copy of the endorsed Complaint filed September 9, 2011; and

d.      A copy of the instant Order dated June 4, 2012;

4.      Plaintiff need not attempt service on Defendant and need not request waiver of service.  Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named Defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs;

5.      *The failure to comply with this Order will result in a Recommendation that this action be dismissed.*

IT IS SO ORDERED.

Dated:   **June 4, 2012**                    /s/ **Barbara A. McAuliffe**
                                          UNITED STATES MAGISTRATE JUDGE