IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LANIER, | CASE NO. CV F 11-1522 LJO BAM |
| Plaintiff, | **ORDER TO TAKE MOTION UNDER SUBMISSION** |
| vs. | (Docs. 27, 30.) |
| FRESNO UNIFIED SCHOOL DISTRICT, | |
| Defendant. / | |

Pursuant to its practice, this Court will consider defendant's pending motion to dismiss and plaintiff's motion to amend on the record and VACATES the October 15, 2012 hearing. *See* Local Rule 230(c). Due to having the heaviest district court caseload in the nation and inability to hold to scheduled dates, this Court encourages the parties to consider consent to the conduct of further proceedings by a United States Magistrate Judge.

IT IS SO ORDERED.

Dated:  October 8, 2012                           /s/ Lawrence J. O'Neill
                                                          UNITED STATES DISTRICT JUDGE

1