1

2

3

4

5

6

7

8                       **IN THE UNITED STATES DISTRICT COURT**

9                     **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   JAMES LANIER,                              CASE NO. CV F 11-1522 LJO BAM

12                 Plaintiff,                   **ORDER TO TAKE MOTION UNDER**
                                                **SUBMISSION**
13         vs.                                  (Docs. 27, 30.)

14   FRESNO UNIFIED SCHOOL DISTRICT,

15                 Defendant.
     _____/

16

17         Pursuant to its practice, this Court will consider defendant's pending motion to dismiss and

18   plaintiff's motion to amend on the record and VACATES the October 15, 2012 hearing. *See* Local Rule

19   230(c). Due to having the heaviest district court caseload in the nation and inability to hold to scheduled

20   dates, this Court encourages the parties to consider consent to the conduct of further proceedings by a

21   United States Magistrate Judge.

22

23         IT IS SO ORDERED.

24   **Dated:    October 8, 2012          **           **/s/ Lawrence J. O'Neill**
                                                  UNITED STATES DISTRICT JUDGE
25

26

27

28

                                                  1