# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. LANIER, | 1: 11-cv-01522-LJO-BAM |
| Plaintiff, | ORDER CONTINUING SCHEDULING CONFERENCE |
| v. | |
| FRESNO UNIFIED SCHOOL DISTRICT, | |
| Defendant. | |

Plaintiff is proceeding pro se and in forma pauperis pursuant to 28 U.S.C. § 1915. On January 28, 2013, Plaintiff filed a motion to continue the initial scheduling conference currently set for February 7, 2013. (Doc. 36.) Plaintiff represents he has been suffering from medical problems and recently underwent a heart-related procedure requiring hospitalization. *Id.*

Having reviewed Plaintiff's Motion to continue the scheduling conference, and for good cause shown[1], the Court GRANTS Plaintiff's Motion. The scheduling conference currently set for February 7, 2013, is CONTINUED to March 26, 2013, at 9:00 AM, in Courtroom 8, before Magistrate Judge Barbara A. McAuliffe.

IT IS SO ORDERED.

Dated:   February 1, 2013          /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE

---

[1] In addition to Plaintiff's medical problems, the Court notes a motion to dismiss has recently been taken under submission by the District Judge. (Doc. 32.)

1