# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. LANIER,<br><br>               Plaintiff,<br><br>   v.<br><br>FRESNO UNIFIED SCHOOL DISTRICT,<br><br>               Defendant. | 1: 11-cv-01522-LJO-BAM<br><br>ORDER CONTINUING SCHEDULING CONFERENCE |

Plaintiff is proceeding pro se and in forma pauperis pursuant to 28 U.S.C. § 1915. On January 28, 2013, Plaintiff filed a motion to continue the initial scheduling conference currently set for February 7, 2013. (Doc. 36.) Plaintiff represents he has been suffering from medical problems and recently underwent a heart-related procedure requiring hospitalization. *Id.*

Having reviewed Plaintiff's Motion to continue the scheduling conference, and for good cause shown[1], the Court GRANTS Plaintiff's Motion. The scheduling conference currently set for February 7, 2013, is CONTINUED to March 26, 2013, at 9:00 AM, in Courtroom 8, before Magistrate Judge Barbara A. McAuliffe.

IT IS SO ORDERED.

Dated:   **February 1, 2013**            /s/ **Barbara A. McAuliffe**
                                                     UNITED STATES MAGISTRATE JUDGE

---

[1] In addition to Plaintiff's medical problems, the Court notes a motion to dismiss has recently been taken under submission by the District Judge. (Doc. 32.)