# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. LANIER,<br><br>          Plaintiff,<br><br>     v.<br><br>FRESNO UNIFIED SCHOOL DISTRICT,<br><br>          Defendant. | 1: 11-cv-01522-LJO-BAM<br><br>ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO AMEND ANSWER; MODIFYING BRIEFING SCHEDULE |

Plaintiff is proceeding pro se and in forma pauperis pursuant to 28 U.S.C. § 1915. On March 13, 2013, Defendant filed a motion to amend its answer, setting the motion to be heard on April 12, 2013. (Doc. 83.) On April 2, 2013, Plaintiff filed a motion for a ten-day extension of time to file his opposition. (Doc. 88.) Plaintiff states his wife has recently undergone full knee replacement surgery, and Plaintiff is solely responsible for her in-home aftercare. *Id.*

Having reviewed Plaintiff's motion, and for good cause shown, the Court ORDERS the following:

1. The hearing on Defendant's motion to amend its answer, currently set for April 12, 2013, is CONTINUED to **May 3, 2013**, at 9:30 AM, in Courtroom 8, before Magistrate Judge Barbara A. McAuliffe;

2. Plaintiff shall file his opposition on or before **April 19, 2013;**

3. Defendant shall file its reply on or before **April 26, 2013.**

IT IS SO ORDERED.

**Dated:   April 3, 2013**                              /s/ **Barbara A. McAuliffe**
                                                                   UNITED STATES MAGISTRATE JUDGE