1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JAMES M. LANIER,                              )   1: 11-cv-01522-LJO-BAM
                                              )
                                              )
                    Plaintiff,                )   ORDER STRIKING DOCKET NO. 39 AS
                                              )   ERRONEOUSLY FILED
        v.                                    )
                                              )
FRESNO UNIFIED SCHOOL                         )
DISTRICT,                                     )
                                              )
                                              )
                    Defendant.                )
_____ )

        Docket Number 39 is STRICKEN as erroneously filed.

        IT IS SO ORDERED.

**Dated:    April 5, 2013**            _____/s/ **Barbara A. McAuliffe**_____
                                       UNITED STATES MAGISTRATE JUDGE

1