UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. LANIER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRESNO UNIFIED SCHOOL DISTRICT,<br><br>　　　　Defendant.<br>_____/ | Case No. 1: 11-cv-01522-AWI-BAM<br><br>**ORDER CONTINUING SCHEDULING CONFERENCE** |

Due to the pending Motion to Dismiss (Doc. 27), the Scheduling Conference currently set for December 3, 2013 is CONTINUED to February 19, 2014 at 9:00 AM, in Courtroom 8, before United States Magistrate Judge Barbara A. McAuliffe.

IT IS SO ORDERED.

　Dated:　**November 27, 2013**　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1