UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. LANIER, | Case No. 1: 11-cv-01522-AWI-BAM |
| Plaintiff, | **ORDER CONTINUING SCHEDULING** |
| v. | **CONFERENCE** |
| FRESNO UNIFIED SCHOOL DISTRICT, | |
| Defendant. | |
| _____/ | |

Due to the pending Motion to Dismiss (Doc. 27), the Scheduling Conference currently set for December 3, 2013 is CONTINUED to February 19, 2014 at 9:00 AM, in Courtroom 8, before United States Magistrate Judge Barbara A. McAuliffe.

IT IS SO ORDERED.

Dated:  **November 27, 2013**        /s/ Barbara A. McAuliffe
                                     UNITED STATES MAGISTRATE JUDGE

1