UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. LANIER,<br><br>             Plaintiff,<br><br>     v.<br><br>FRESNO UNIFIED SCHOOL DISTRICT,<br><br>             Defendant.<br>_____/ | Case No. 1:11-cv-1522-AWI-BAM<br><br>**ORDER CONTINUING SCHEDULING CONFERENCE** |

Due to the pending Motion to Dismiss (Doc. 27), the Scheduling Conference currently set for February 19, 2014 is CONTINUED to April 22, 2014 at 8:30 AM, in Courtroom 8, before United States Magistrate Judge Barbara A. McAuliffe.

IT IS SO ORDERED.

Dated:   **February 12, 2014**         /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE

1